UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYENCE LITIGATION | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br>ALL MATERS | **NOTICE OF SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that the law firm of Entwistle & Cappucci LLP hereby enters its appearance as proposed counsel for defendant Denise Meck, and G. Douglas Kilday and the law firm of Graves Dougherty Hearon & Moody hereby withdraw as counsel of record for Denise Meck and shall have no further responsibility in this matter. Denise Meck hereby requests that all pleadings, notices, orders, and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and e-mail address indicated below:

Andrew J. Entwistle, Esq.
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
Tel: (212) 894-7200
Fax: (212) 894-7272
aentwistle@entwistle-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/12

Dated: New York, New York
May 23, 2012

By: _____
Andrew J. Entwistle, Esq.
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
Tel: (212) 894-7200

By: _____
G. Douglas Kilday
Graves Dougherty Hearon & Moody
401 Congress Avenue, Suite 2200
Austin, TX 78701
Tel: (512) 480-5600

So Ordered:

_____
U.S.D.J.

6/25/12